**SEND**

FILED
CLERK, U.S. DISTRICT COURT
MAY 2 6 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Douglas A. Luther | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 05-1752 RGK (VBKx) |
| v. | |
| Countrywide Financial Corporation | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____    Margaret M. Morrow
Date                      United States District Judge

**TRANSFER ORDER DECLINED**

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Morrow___ for all further proceedings.

_____    R. Gary Klausner
Date                      United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_See attached._

___5-25-05___              ___Margaret M. Morrow___
Date                       United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case ___CV 04-9715 MMM (Mcx)___ and the present case:
- ☒ A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- ☒ D. call for determination of the same or substantially identical questions of law and fact.
- ☒ E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**
Pursuant to the above transfer, any discovery matters that are ordinarily be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-34 (01/05)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

MAY 17 2005                                    ENTERED ON CM 5/26/05

Although both the low number and high number cases have been filed by the same attorney, the two proposed class actions involve neither the same plaintiffs nor the same defendants. While the named plaintiffs both allege violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq., the allegations arise out of completely unrelated transactions. There is no indication that the defendant lenders in the two cases employ substantially identical loan procedures. There is thus little factual overlap between the cases, and assignment to different judges would not entail duplication of labor.