David E. Weeks, CSBN 190542
Nicholas A. Siciliano, CSBN 195026
**MASRY & VITITOE**
A Professional Corporation
5707 Corsa Avenue, Second Floor
Westlake Village, California 91362
Telephone: (818) 991-8900
Facsimile: (818) 991-6200
dweeks@masryvititoe.com
siciliano@masryvititoe.com

Terry Smiljanich, FL Bar No. 145359
Kathleen Clark Knight, FL Bar No. 047120
**JAMES HOYER NEWCOMER**
 **& SMILJANICH, P.A.**
4830 West Kennedy Boulevard, Suite 550
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile: (813) 286-4174

Douglas Bowdoin, FL Bar No. 310360
**DOUGLAS BOWDOIN, P.A.**
255 South Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 422-0025
Facsimile: (407) 843-2448

Attorneys for Plaintiff



FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only ✓

DOCKETED ON CM
JUL 12 2005
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS A. LUTHER, on behalf of himself and those similarly situated, <br><br> Plaintiff, <br><br> v. | CASE NO.: CV 05-1752 RGK (VBKx) <br><br> **CLASS ACTION** <br><br> NOTICE OF VOLUNTARY DISMISSAL |

1
NOTICE OF VOLUNTAR DISMISSAL

| | |
|---|---|
| COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation, COUNTRYWIDE HOME LOANS, INC., a New York Corporation, FULL SPECTRUM LENDING, INC., a California Corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ. Pro. 41(a)(1), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: July 6, 2005

MASRY & VITITOE
A Professional Corporation

By: _____
David E. Weeks
Nicholas A. Siciliano

JAMES, HOYER, NEWCOMER & SMILJANICH, P.A.
Terry A. Smiljanich
Kathleen Clark Knight

IT IS SO ORDERED

Dated JUL 1 1 2005

_____
United States District Judge

DOUGLAS BOWDOIN, P.A.
Douglas Bowdoin

THE TIEN LAW GROUP P.L.L.C.
Laurence G. Tien
Kamran Mashayekh
10235 West Little York Road, Suite 470
Houston, TX 77040
Telephone: (713) 937-0223
Facsimile: (713) 937-0220

**DARBY, PEELE, BOWDOIN & PAYNE**
W. Roderick Bowdoin
P. O. Drawer 1707
Lake City, FL 32056
Telephone: (386) 752-4120
Facsimile: (386) 755-4569

**LAW OFFICES OF J. CRAIG BOURNE**
J. Craig Bourne
1520 East Livingston Street
Orlando, FL 32803
Telephone: (407) 894-6750
Facsimile: (407) 894-4735

Attorneys for Plaintiff

3
NOTICE OF VOLUNTAR DISMISSAL